OBDULIO SANDOVAL, Appellant, v RAYMOND P. MARTINEZ, Respondent.

Submitted June 27, 2005; decided July 6, 2005

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon

the ground that the constitutional question presented on this direct appeal is not substantial (*see Gerzof v Gulotta*, 40 NY2d 825 [1976]).